Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
Fax: (619) 297-1022
sara@westcoastlitigation.com

*Attorneys for Plaintiff Ryan G. Sprague*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ryan G. Sprague,<br><br>                    Plaintiff,<br>v.<br><br>Red Rock Financial Services, LLC,<br><br>                    Defendant. | Case No.: 2:16-cv-02103-GMN-VCF<br><br>**Stipulation to Stay Case Pending Mediation** |

### STIPULATION

Plaintiff Ryan G. Sprague ("Plaintiff") and Defendant Red Rock Financial Services, LLC ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to stay this case for six months pending mediation through the Nevada Real Estate Division.

Plaintiff filed his Complaint on September 6, 2016. ECF No. 1. On February 17, 2017, Defendant filed its Motion to Dismiss. ECF No. 10. The Parties now agree to mediate their dispute in good faith and do not herein admit or concede any matter.

THEREFORE, it is hereby stipulated between the Parties as follows:

(1)  This case will be stayed pending mediation;

(2)  The Parties will file a joint status report in this case on or before September 1, 2017, informing this Court of the status of the mediation; and

(3)  Defendant's pending motion, ECF No. 10, will be denied without prejudice to re-file after the conclusion of the mediation.

DATED this 3rd day of March 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**KOCH & SCOW LLC**

By: /s/ Steven B. Scow
David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Defendant Red Rock Financial Services, LLC*

**ORDER**

IT IS ORDERED THAT

(1) This case will be stayed pending the Parties' mediation;

(2) The Parties shall file a joint status report in this case on or before September 1, 2017, informing this Court of the status of the mediation; and

(3) Defendant's pending motions, ECF No. 10, is denied without prejudice.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: 3-6-2017

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, September 18, 2017, in Courtroom 3D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 3, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117