Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com
*Attorneys for Plaintiff Ryan G. Sprague*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ryan G. Sprague,<br><br>  Plaintiff,<br>v.<br><br>Red Rock Financial Services, LLC,<br><br>  Defendant. | Case No.: 2:16-cv-02103-GMN-VCF<br><br>**Joint Motion regarding status hearing** |

Plaintiff Ryan G. Sprague ("Plaintiff") and Defendant Red Rock Financial Services, LLC ("Defendant" and together with Plaintiff as the "Parties") hereby request that the status hearing currently scheduled on September 18, 2017 at 11:00 AM be re-scheduled for 30 days. ECF No. 13.

Plaintiff filed his mediation claim on March 21, 2017. On August 8, 2017, the Parties attended mediation through the Nevada Real Estate Division where a settlement was reached. The Parties are finalizing their settlement agreement and will file a stipulation of dismissal or a joint status report regarding settlement within 30 days—on or before **October 2, 2017**.

The Parties jointly request that the status hearing currently scheduled on September 18, 2017 at 11:00 AM be re-scheduled for 30 days.

DATED this 5th day of September 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

**KOCH & SCOW LLC**

By: /s/ Steven B. Scow
David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Defendant Red Rock Financial Services, LLC*

IT IS HEREBY ORDERED that the status hearing scheduled for September 18, 2017 is vacated and RESCHEDULED to 1:00 PM, October 23, 2017, in Courtroom 3D.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-6-2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 5, 2017, the foregoing status report was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
      Michael Kind
      6069 South Fort Apache Road, Suite 100
      Las Vegas, Nevada 89148