1    Michael Kind, Esq. (SBN: 13903)
2    **KAZEROUNI LAW GROUP, APC**
     6069 South Fort Apache Road, Suite 100
3    Las Vegas, Nevada 89148
     Phone: (800) 400-6808 x7
4    FAX: (800) 520-5523
5    mkind@kazlg.com

6    Sara Khosroabadi, Esq. (SBN: 13703)
7    **HYDE & SWIGART**
     6069 South Fort Apache Road, Suite 100
8    Las Vegas, Nevada 89148
     Phone: (619) 233-7770
9    FAX: (619) 297-1022
10   sara@westcoastlitigation.com
11   *Attorneys for Plaintiff Ryan G. Sprague*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ryan G. Sprague, | Case No.: 2:16-cv-02103-GMN-VCF |
| Plaintiff, | **Joint Motion to Continue Magistrate Judge Hearing** |
| v. | |
| Red Rock Financial Services, LLC, | **(Second Request)** |
| Defendant. | |

Plaintiff Ryan G. Sprague ("Plaintiff") and Defendant Red Rock Financial Services, LLC ("Defendant" and together with Plaintiff as the "Parties") hereby request that the status hearing currently scheduled on October 23, 2017 at 1:00 PM be re-scheduled for 30 days. ECF No. 18.

Plaintiff filed his mediation claim on March 21, 2017. On August 8, 2017, the Parties attended mediation through the Nevada Real Estate Division where a

settlement was reached. The Parties have finalized their settlement agreement and are waiting for a fully executed copy of the settlement agreement to be exchanged. The Parties will file a stipulation of dismissal or a joint status report regarding settlement within 30 days—on or before **October 31, 2017**.

The Parties therefore jointly request that the status hearing currently scheduled on October 23, 2017 at 1:00 PM be re-scheduled for 30 days.

DATED this 2nd day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

**KOCH & SCOW LLC**

By: /s/ Steven B. Scow
David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Defendant Red Rock Financial Services, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

10-3-2017
DATED:_____

IT IS HEREBY ORDERED that the status hearing scheduled for October 23, 2017 is VACATED and RESCHEDULED to 10:00 AM, November 27, 2017, in Courtroom 3D.

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148 7854 W. Sahara Avenue

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148 7854 W. Sahara Avenue

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 2, 2017, the foregoing motion was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind

Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148