Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff Ryan G. Sprague*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ryan G. Sprague,<br><br>           Plaintiff,<br><br>v.<br><br>Red Rock Financial Services, LLC,<br><br>           Defendant. | Case No. 2:16-cv-02103-GMN-VCF<br><br>**Stipulation of Dismissal of Red Rock Financial Services, LLC** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ryan G. Sprague ("Plaintiff") and Defendant Red Rock Financial Services, LLC

("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 30th day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**KOCH & SCOW LLC**

By: /s/ Steven B. Scow
Brody R. Wight, Esq.
David R. Koch, Esq.
Steven B. Scow, Esq.
11500 S. Eastern Ave., Ste 210
Henderson, NV 89052
*Attorneys for Defendant*
*Red Rock Financial Services, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this __2__ day of November, 2017.